UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRELL AINSWORTH,

          Plaintiff,

    v.

SHEPHERD, et al.,

          Defendants.

No.  2:25-cv-1156 DJC AC P

FINDINGS AND RECOMMENDATIONS

On September 3, 2026, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.  ECF No. 13.  Plaintiff sought reconsideration, which was denied.  ECF Nos. 14, 15.  Plaintiff then appealed.  ECF No. 16.  After plaintiff failed to pay the appellate court filing fee, his appeal was dismissed, and the order become the mandate of the court.  ECF No. 19.  The thirty-day period for plaintiff to pay the filing fee in this action has long since expired and plaintiff has not paid the fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice and the motion for temporary restraining order (ECF No. 9) be denied as moot in light of dismissal.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2